■ In the Matter of SCARAB EQUITIES CORP., Respondent, v 684 OWNERS CORP., Appellant.—Judgment, Supreme Court, New York County (Stanley Ostrau, J.), entered on August 12, 1986, unanimously affirmed, without costs and without disbursements. The appeal from the order of said court, entered on June 18, 1985, unanimously dismissed as abandoned. The prior order of this court in the above-entitled action entered on May 12, 1987 is vacated. No opinion. Concur—Kupferman, J. P., Ross, Rosenberger, Ellerin and Smith, JJ.

■ ALTAGRACIA CHAVEZ, Respondent, v ROLANDO CHAVEZ, Appellant.—Order, Supreme Court, New York County (Walter Schackman, J.), entered on December 23, 1986, unanimously affirmed, without costs and without disbursements. Motion by plaintiff-respondent to strike defendant-appellant's reply brief denied. No opinion. Concur—Sandler, J. P., Sullivan, Carro, Asch and Smith, JJ.

■ In the Matter of the Estate of ANNIE L. AITKEN, Deceased. CHEMICAL BANK, Appellant; G. MORRIS GURLEY et al., Respondents.—Appeal from order, Surrogate's Court, New York County (Renee Roth, S.), entered on or about February 26, 1987, unanimously dismissed for lack of standing, without costs and without disbursements. Were we to reach the merits, we would affirm. No opinion. Concur—Kupferman, J. P., Ross, Asch, Milonas and Ellerin, JJ.